



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Judicial Panel of Multidistrict Litigation
One Columbus Circle, N.E.
Federal Judiciary Building, Room G-255
Washington, D.C.  20002

Re:   MDL _____   In Re: _____

District Court Case Number: _____

Case Title: _____

Dear Clerk of the Panel:

Please be advised the above-mentioned case:

☐   was transferred to the U.S. District Court _____ District of _____.
    (A copy of the certified conditional transfer order and MDL Transfer-Out Letter are enclosed.)

☐   this district has requested the U.S. District Court _____ District of _____
    to transfer their case number _____. We assigned the above referenced
    case number to this file.  (Copy of the conditional transfer order and MDL Transfer-In letter are enclosed.)

☐   was remanded to the U.S. District Court _____ District of _____.
    (Copy of the Remand Order and Transfer-Out Letter are enclosed.)

☐   was closed on _____. (Copy of the closing order is enclosed.)

☐   was filed in this Court on _____ and may be a possible tag-along action. (Copy of the
    complaint and docket sheet are enclosed.)

Should you need any further information, please do not hesitate to contact us.

Sincerely,

Clerk, U.S. District Court

By _____
   Deputy Clerk

Enclosures as stated